**Tracey Allen MCGHGHY, Appellant,**

v.

**UNITED STATES OF AMERICA; FEDERAL BUREAU OF INVESTIGATION, sued as Agents of the FBI, Appellees.**

No. 01–3918.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 19, 2002.

Decided Feb. 22, 2002.

ed States Magistrate Judge for the District of

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Tracey Allen McGhghy appeals the district court's preservice dismissal of McGhghy's lawsuit against the United States and unknown Federal Bureau of Investigation agents. McGhghy's lawsuit is based on constitutional and tort claims arising out of the handling of his property stored in a rental unit in Olin, Iowa. McGhghy also appeals the denial of his requests for postjudgment relief. Having carefully reviewed the record, we conclude the dismissal was proper, and we find no abuse of discretion in the district court's denial of postjudgment relief. Accordingly, we affirm. *See* 8th Cir. R. 47B.